UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

In re:  Bankr. Case No. 16-23678-JAD-13

Shawn Embleton and Daren A. Miller  Chapter 13

    Debtor(s)

## REQUEST FOR NOTICE

    Pursuant to Rule 2002(g), Americredit Financial Services, Inc. dba GM Financial hereby requests that all notices, pleadings and other documents in this case be served upon it at the following address:

    Americredit Financial Services, Inc. dba GM Financial
    PO Box 183853
    Arlington, TX  76096

By /s/ Mandy Youngblood

Mandy Youngblood
PO Box 183853
Arlington, TX  76096
877-203-5538
877-259-6417
Customer.service.bk@gmfinancial.com

**Certificate of Service**

This Request for Notice was sent via first class mail to or served electronically on the following individuals on October 12, 2016 :

    MATTHEW A BOLE  
    Welch, Gold, Siegel & Fiffik, PC.  
    428 Forbes Ave  
    1240 Lawyers Building  
    Pittsburgh, Pa 15219  

    Ronda Winnecour  
    600 Grant Street  
    Suite 3250 USX Tower  
    Pittsburgh, PA 15219  

By   /s/ Mandy Youngblood  
     Mandy Youngblood

xxxxx31603 / 909270