Form RSC13

# United States Bankruptcy Court

## WESTERN DISTRICT OF PENNSYLVANIA

**ORDER AND RESCHEDULED MEETING NOTICE**
NOTICE COMMENCEMENT OF CASE UNDER CHAPTER 13
OF THE BANKRUPTCY CODE
MEETING OF CREDITORS, AND FIXING OF DATES

**Case No. 16–23678–JAD**

In re: Debtor(s) (name(s) used by the debtor(s) in the last 6 years, including married, maiden, trade, and address):

Daren A. Miller                     Shawnie Miller
66 Mainsgate Street                 66 Mainsgate Street
Pittsburgh, PA 15205                Pittsburgh, PA 15205

Social Security No.:
xxx–xx–8810                         xxx–xx–4627

Employer's Tax I.D. No.:

NAME/ADDRESS OF ATTORNEY FOR DEBTOR     NAME/ADDRESS OF TRUSTEE
Matthew A. Bole                         Ronda J. Winnecour
Welch, Gold, Siegel & Fiffik, PC.       Suite 3250, USX Tower
428 Forbes Ave                          600 Grant Street
1240 Lawyers Building                   Pittsburgh, PA 15219
Pittsburgh, Pa 15219                    Telephone number:  412–471–5566
Telephone number:  412–391–1014

DATE/TIME/LOCATION OF MEETING OF         CONFIRMATION HEARING DATE/TIME/LOC
CREDITORS                                January 23, 2017
January 23, 2017                         01:00 PM
01:00 PM                                 3251 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA
3251 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA   15219
15219

**ON AFFIDAVIT OF DEFAULT BY CHAPTER 13 TRUSTEE, FAILURE
OF THE DEBTOR(S) TO APPEAR AT THE MEETING OF CREDITORS
WILL RESULT IN DISMISSAL OF THE CASE WITHOUT FURTHER
NOTICE OR HEARING.**

Dated: 12/7/16                           BY THE COURT

                                         Jeffery A. Deller
                                         Judge

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                    Case No. 16-23678-JAD
Daren A. Miller                                                           Chapter 13
Shawnie Miller
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: mgut              Page 1 of 3              Date Rcvd: Dec 07, 2016
                             Form ID: rsc13          Total Noticed: 51

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 09, 2016.
```
db/jdb      +Daren A. Miller,    Shawnie Miller,    66 Mainsgate Street,    Pittsburgh, PA 15205-2255
cr          +Peoples Natural Gas Company LLC,    Attention: Barbara Rodgers,    375 North Shore Drive,
             Pittsburgh, PA 15212-5866
14315345   ++AMERICREDIT FINANCIAL SERVICS DBA GM FINANCIAL,     PO BOX 183853,    ARLINGTON TX 76096-3853
            (address filed with court: Americredit Financial Services dba GM Financial,     PO Box 183853,
             Arlington TX 76096)
14313354    +Allegheny Health Network,    PO Box 3475,    Toledo, OH 43607-0475
14313355    +Allegheny Clinic,    4 Allegheny Center,    10th Floor,    Pittsburgh, PA 15212-5255
14313356    +Allegheny General WPH Pain,    PO Box 951915,    Cleveland, OH 44193-0021
14307527    +AmeriCredit Financial Services, Inc. dba GM Financ,     P O Box 183853,
             Arlington, TX 76096-3853
14298310    +AmeriCredit/GM Financial,    Po Box 183853,    Arlington, TX 76096-3853
14313362    +Citizens Bank,    PO Box 42023,    Providence, RI 02940-2023
14313363    +Convergent,    PO Box 9800,    Pompano Beach, FL 33075-0800
14298319    +Credit Management, LP,    Attn: Bankruptcy,    Po Box 118288,    Carrolton, TX 75011-8288
14298320    +Creditech/Cbalv,    Attn:Collections,    Po Box 99,    Bangor, PA 18013-0099
14313375    +Dept of Labor & Industry,    UI Payment Services,     PO Box 67503,    Harrisburg, PA 17106-7503
14313377     Doman Auto,    1309 Edgebrook Avenue,    Pittsburgh, PA 15226
14298326    +Doman Auto & Marine Sales, Inc.,    1308 Edgebrook Avenue,    Pittsburgh, PA 15226-1408
14298329    +Fed Loan Serv,    Po Box 60610,    Harrisburg, PA 17106-0610
14313384   ++JC CHRISTENSEN & ASSOC,    PO BOX 519,    SAUK RAPIDS MN 56379-0519
            (address filed with court: JC Christensen & Associates,     PO Box 519,    Sauk Rapids, MN 56379)
14313385    +Jordan Tax Service,    102 Rahway Rd,    Canonsburg, PA 15317-3349
14313386    +Law Offices of M.Bluhm & Assoc.,    2222 Texoma Pkwy,    Suite 160,    Sherman, TX 75090-2482
14310521    +Orion Portfolio Services LLC,    c/o PRA Receivables Management, LLC,     PO Box 41021,
             Norfolk, VA 23541-1021
14313393    +PHH Mortgage Corp,    c/o Phelan Hallinan Diamond & Jones,     1617 JFK Blvd, Suite 1400,
             One Penn Center Plaza,    Philadelphia, PA 19103-1823
14313391    +Pediatric Cardiology of Western PA,    Suite 204,    3500 Brooktree Rd,    Wexford, PA 15090-9277
14313392    +Peoples,    PO Box 644760,    Pittsburgh, PA 15264-4760
14313394    +Riverfront FCU,    1700 Jane Street,    Pittsburgh, PA 15203-1812
14313395    +Safe Auto Ins. Co.,    4 Easton Oval,    Columbus, OH 43219-6010
14313397    +State Collection Service Inc.,    2509 S Stoughton Rd,    Madison, WI 53716-3314
14298335    +Trident Asset Management,    Po Box 888424,    Atlanta, GA 30356-0424
14313400    +UPMC Health Services,    PO Box 371472,    Pittsburgh, PA 15250-7472
14313399    +Universal Fidelity LP,    PO Box 941911,    Houston, TX 77094-8911
14313402    +Waste Management,    PO Box 43470,    Philadelphia, PA 19101
14313403    +West Penn Eye Associates PC,    Mellon Pavillion,    Suite M-25, 4815 Liberty Avenue,
             Pittsburgh, PA 15224-2156
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg          E-mail/Text: RVSVCBICNOTICE1@state.pa.us Dec 08 2016 01:27:14     Pennsylvania Dept. of Revenue,
             Department 280946,    P.O. Box 280946,    ATTN: BANKRUPTCY DIVISION,
             Harrisburg, PA  17128-0946
cr           E-mail/PDF: rmscedi@recoverycorp.com Dec 08 2016 01:21:56
             Recovery Management Systems Corporation,    25 S.E. Second Avenue,    Suite 1120,
             Miami, FL  33131-1605
14298311    +E-mail/Text: bankruptcy@cavps.com Dec 08 2016 01:27:35     Calvary Portfolio Services,
             500 Summit Lake Ste 400,    Valhalla, NY 10595-2322
14301571    +E-mail/Text: bankruptcy@cavps.com Dec 08 2016 01:27:35     Cavalry SPV I, LLC,
             500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-1340
14298313    +E-mail/Text: bk.notifications@jpmchase.com Dec 08 2016 01:27:03     Chase Auto Finance,
             National Bankruptcy Dept,    201 N Central Ave Ms Az1-1191,    Phoenix, AZ 85004-1071
14313361    +E-mail/Text: compliance@chaserec.com Dec 08 2016 01:27:55     Chase Receivables,
             1247 Broadway,    Sonoma, CA 95476-7503
14298314    +E-mail/Text: ccusa@ccuhome.com Dec 08 2016 01:26:55     Credit Coll USA,  Ccusa,
             16 Distributor Dr Ste 1,    Morgantown, WV 26501-7209
14298316    +E-mail/Text: bankruptcy_notifications@ccsusa.com Dec 08 2016 01:27:53
             Credit Collections Svc,    Po Box 773,    Needham, MA 02494-0918
14298321    +E-mail/Text: electronicbkydocs@nelnet.net Dec 08 2016 01:27:30     Dept Of Ed/Nelnet,
             Attn: Claims,    Po Box 82505,    Lincoln, NE 68501-2505
14298325    +E-mail/Text: bankruptcynotices@dcicollect.com Dec 08 2016 01:27:41     Diversified Consultant,
             Dci,    Po Box 551268,    Jacksonville, FL 32255-1268
14313379    +E-mail/Text: DQENOTICES@BERNSTEINLAW.COM Dec 08 2016 01:27:59     Duquesne Light,
             Payment Processing Center,    Pittsburgh, PA 15267-0001
14298327    +E-mail/Text: bankruptcies@escallate.com Dec 08 2016 01:26:55     Escallate LLC,
             Attn:Bankruptcy,    5200 Stoneham Rd Ste 200,    North Canton, OH 44720-1584
14298330    +E-mail/Text: fnb.bk@fnfg.com Dec 08 2016 01:27:36     First Niagara Bank,    1 Hudson City Ctr,
             Hudson, NY 12534-2355
14298331    +E-mail/PDF: pa_dc_claims@navient.com Dec 08 2016 01:21:57     Navient,  Attn: Claims Dept,
             Po Box 9500,    Wilkes-Barr, PA 18773-9500
14313389    +E-mail/Text: csc.bankruptcy@amwater.com Dec 08 2016 01:27:54     PA American Water,
             PO Box 578,    Alton, IL 62002-0578
```

```
District/off: 0315-2          User: mgut           Page 2 of 3           Date Rcvd: Dec 07, 2016
                              Form ID: rsc13        Total Noticed: 51
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
14298333      +E-mail/Text: bankruptcy@loanpacific.com Dec 08 2016 01:27:55     Pacific Union Financia,
               1603 Lbj Fwy Ste 500,   Farmers Branch, TX 75234-6071
14315493       E-mail/Text: bnc-quantum@quantum3group.com Dec 08 2016 01:27:04
               Quantum3 Group LLC as agent for,   CF Medical LLC,   PO Box 788,   Kirkland, WA  98083-0788
14299216       E-mail/PDF: rmscedi@recoverycorp.com Dec 08 2016 01:22:02
               Recovery Management Systems Corporation,   25 S.E. 2nd Avenue, Suite 1120,
               Miami, FL 33131-1605
14298334      +E-mail/Text: bankruptcy@sw-credit.com Dec 08 2016 01:27:27     Southwest Credit Systems,
               4120 International Parkway,   Suite 1100,   Carrollton, TX 75007-1958
14319442      +E-mail/Text: electronicbkydocs@nelnet.net Dec 08 2016 01:27:30
               U.S. Department of Education C/O Nelnet,   121 S 13TH ST, SUITE 201,    LINCOLN, NE 68508-1911
                                                                                              TOTAL: 20

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr             Duquesne Light Company
cr             Pacific Union Financial, LLC
14313378       Doman Sales
cr*           +Americredit Financial Services, Inc. dba GM Financ,   PO Box 183853,   Arlington, TX 76096-3853
14313357*     +AmeriCredit/GM Financial,   Po Box 183853,   Arlington, TX 76096-3853
14298312*     +Calvary Portfolio Services,   500 Summit Lake Ste 400,   Valhalla, NY 10595-2322
14313358*     +Calvary Portfolio Services,   500 Summit Lake Ste 400,   Valhalla, NY 10595-2322
14313359*     +Calvary Portfolio Services,   500 Summit Lake Ste 400,   Valhalla, NY 10595-2322
14313360      +Chase Auto Finance,   National Bankruptcy Dept,   201 N Central Ave Ms Az1-1191,
               Phoenix, AZ 85004-1071
14298315*     +Credit Coll USA, Ccusa,   16 Distributor Dr Ste 1,   Morgantown, WV 26501-7209
14313364*     +Credit Coll USA, Ccusa,   16 Distributor Dr Ste 1,   Morgantown, WV 26501-7209
14313365*     +Credit Coll USA, Ccusa,   16 Distributor Dr Ste 1,   Morgantown, WV 26501-7209
14298317*     +Credit Collections Svc,   Po Box 773,   Needham, MA 02494-0918
14298318*     +Credit Collections Svc,   Po Box 773,   Needham, MA 02494-0918
14313366*     +Credit Collections Svc,   Po Box 773,   Needham, MA 02494-0918
14313367*     +Credit Collections Svc,   Po Box 773,   Needham, MA 02494-0918
14313368*     +Credit Collections Svc,   Po Box 773,   Needham, MA 02494-0918
14313369*     +Credit Management, LP,   Attn: Bankruptcy,   Po Box 118288,   Carrolton, TX 75011-8288
14313370*     +Creditech/Cbalv,   Attn:Collections,   Po Box 99,   Bangor, PA 18013-0099
14298322*     +Dept Of Ed/Nelnet,   Attn: Claims,   Po Box 82505,   Lincoln, NE 68501-2505
14298323*     +Dept Of Ed/Nelnet,   Attn: Claims,   Po Box 82505,   Lincoln, NE 68501-2505
14298324*     +Dept Of Ed/Nelnet,   Attn: Claims,   Po Box 82505,   Lincoln, NE 68501-2505
14313371*     +Dept Of Ed/Nelnet,   Attn: Claims,   Po Box 82505,   Lincoln, NE 68501-2505
14313372*     +Dept Of Ed/Nelnet,   Attn: Claims,   Po Box 82505,   Lincoln, NE 68501-2505
14313373*     +Dept Of Ed/Nelnet,   Attn: Claims,   Po Box 82505,   Lincoln, NE 68501-2505
14313374*     +Dept Of Ed/Nelnet,   Attn: Claims,   Po Box 82505,   Lincoln, NE 68501-2505
14313376*     +Diversified Consultant,   Dci,   Po Box 551268,   Jacksonville, FL 32255-1268
14298328*     +Escallate LLC,   Attn:Bankruptcy,   5200 Stoneham Rd Ste 200,   North Canton, OH 44720-1584
14313380*     +Escallate LLC,   Attn:Bankruptcy,   5200 Stoneham Rd Ste 200,   North Canton, OH 44720-1584
14313381*     +Escallate LLC,   Attn:Bankruptcy,   5200 Stoneham Rd Ste 200,   North Canton, OH 44720-1584
14313382*     +Fed Loan Serv,   Po Box 60610,   Harrisburg, PA 17106-0610
14313383*     +First Niagara Bank,   1 Hudson City Ctr,   Hudson, NY 12534-2355
14298332*     +Navient,   Attn: Claims Dept,   Po Box 9500,   Wilkes-Barr, PA 18773-9500
14313387*     +Navient,   Attn: Claims Dept,   Po Box 9500,   Wilkes-Barr, PA 18773-9500
14313388*     +Navient,   Attn: Claims Dept,   Po Box 9500,   Wilkes-Barr, PA 18773-9500
14313390*     +Pacific Union Financia,   1603 Lbj Fwy Ste 500,   Farmers Branch, TX 75234-6071
14313396*     +Southwest Credit Systems,   4120 International Parkway,   Suite 1100,
               Carrollton, TX 75007-1958
14313398*     +Trident Asset Management,   Po Box 888424,   Atlanta, GA 30356-0424
14313401*     +UPMC Health Services,   PO Box 371472,   Pittsburgh, PA 15250-7472
                                                                          TOTALS: 3, * 36, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 09, 2016                              Signature:  /s/Joseph Speetjens

District/off: 0315-2          User: mgut                Page 3 of 3              Date Rcvd: Dec 07, 2016
                              Form ID: rsc13            Total Noticed: 51

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 7, 2016 at the address(es) listed below:
          Joshua I. Goldman   on behalf of Creditor   Pacific Union Financial, LLC bkgroup@kmllawgroup.com
          Matthew A. Bole   on behalf of Debtor Daren A. Miller mbole@wgsf-law.com,  nreyes@wgsf-law.com
          Matthew A. Bole   on behalf of Joint Debtor Shawnie  Miller mbole@wgsf-law.com,
           nreyes@wgsf-law.com
          Office of the United States Trustee   ustpregion03.pi.ecf@usdoj.gov
          Peter J. Ashcroft   on behalf of Creditor   Duquesne Light Company pashcroft@bernsteinlaw.com,
           ckutch@ecf.courtdrive.com;pashcroft@ecf.courtdrive.com;pghecf@bernsteinlaw.com;cabbott@ecf.courtd
           rive.com
          Ronda J. Winnecour   cmecf@chapter13trusteewdpa.com
          S. James Wallace   on behalf of Creditor   Peoples Natural Gas Company LLC sjw@sjwpgh.com,
           Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
                                                                                    TOTAL: 7