**Form RSC13**

# United States Bankruptcy Court

WESTERN DISTRICT OF PENNSYLVANIA

**ORDER AND RESCHEDULED MEETING NOTICE**
NOTICE COMMENCEMENT OF CASE UNDER CHAPTER 13
OF THE BANKRUPTCY CODE
MEETING OF CREDITORS, AND FIXING OF DATES

**Case No. 16−23678−JAD**

In re: Debtor(s) (name(s) used by the debtor(s) in the last 6 years, including married, maiden, trade, and address):

| | |
|---|---|
| Daren A. Miller | Shawnie Miller |
| 66 Mainsgate Street | 66 Mainsgate Street |
| Pittsburgh, PA 15205 | Pittsburgh, PA 15205 |

Social Security No.:
  xxx−xx−8810                               xxx−xx−4627

Employer's Tax I.D. No.:

| NAME/ADDRESS OF ATTORNEY FOR DEBTOR | NAME/ADDRESS OF TRUSTEE |
|---|---|
| Matthew A. Bole | Ronda J. Winnecour |
| Welch, Gold, Siegel & Fiffik, PC. | Suite 3250, USX Tower |
| 428 Forbes Ave | 600 Grant Street |
| 1240 Lawyers Building | Pittsburgh, PA 15219 |
| Pittsburgh, Pa 15219 | Telephone number:  412−471−5566 |
| Telephone number:  412−391−1014 | |

| DATE/TIME/LOCATION OF MEETING OF CREDITORS | CONFIRMATION HEARING DATE/TIME/LOC |
|---|---|
| February 27, 2017 | February 27, 2017 |
| 11:00 AM | 11:00 AM |
| 3251 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219 | 3251 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219 |

**ON AFFIDAVIT OF DEFAULT BY CHAPTER 13 TRUSTEE, FAILURE
OF THE DEBTOR(S) TO APPEAR AT THE MEETING OF CREDITORS
WILL RESULT IN DISMISSAL OF THE CASE WITHOUT FURTHER
NOTICE OR HEARING.**

Dated: 1/26/17                                            BY THE COURT

                                                         Jeffery A. Deller
                                                         Judge

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                Case No. 16-23678-JAD
Daren A. Miller                                                       Chapter 13
Shawnie Miller
          Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: mgut            Page 1 of 3          Date Rcvd: Jan 26, 2017
                              Form ID: rsc13        Total Noticed: 56

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 28, 2017.
```
db/jdb         +Daren A. Miller,    Shawnie Miller,    66 Mainsgate Street,    Pittsburgh, PA 15205-2255
cr             +Borough of Ingram,    437 Grant Street,    14th Floor,    Frick Building,
                 Pittsburgh, PA 15219-6101
cr             +Peoples Natural Gas Company LLC,    Attention: Barbara Rodgers,    375 North Shore Drive,
                 Pittsburgh, PA 15212-5866
14315345      ++AMERICREDIT FINANCIAL SERVICS DBA GM FINANCIAL,    PO BOX 183853,    ARLINGTON TX 76096-3853
               (address filed with court:  Americredit Financial Services dba GM Financial,    PO Box 183853,
                 Arlington TX 76096)
14313354       +Allegeheny Health Network,    PO Box 3475,    Toledo, OH 43607-0475
14313355       +Allegheny Clinic,    4 Allegheny Center,    10th Floor,    Pittsburgh, PA 15212-5255
14313356       +Allegheny General WPH Pain,    PO Box 951915,    Cleveland, OH 44193-0021
14307527       +AmeriCredit Financial Services, Inc. dba GM Financ,     P O Box 183853,
                 Arlington, TX 76096-3853
14298310       +AmeriCredit/GM Financial,    Po Box 183853,    Arlington, TX 76096-3853
14334301       +Borough of Ingram,    c/o Jeffrey R. Hunt, Esquire,    Goehring, Rutter & Boehm,
                 437 Grant Street, 14th Floor,    Frick Building,    Pittsburgh, PA 15219-6101
14351952      ++COLUMBIA GAS,    290 W NATIONWIDE BLVD 5TH FL,    BANKRUPTCY DEPARTMENT,    COLUMBUS OH 43215-4157
               (address filed with court:  Columbia Gas of PA,    PO Box 117,    Columbus, OH 43216)
14313362       +Citizens Bank,    PO Box 42023,    Providence, RI 02940-2023
14313363       +Convergent,    PO Box 9800,    Pompano Beach, FL 33075-0800
14298319       +Credit Management, LP,    Attn: Bankruptcy,    Po Box 118288,    Carrolton, TX 75011-8288
14298320       +Creditech/Cbalv,    Attn:Collections,    Po Box 99,    Bangor, PA 18013-0099
14313375       +Dept of Labor & Industry,    UI Payment Services,    PO Box 67503,    Harrisburg, PA 17106-7503
14313377        Doman Auto,    1309 Edgebrook Avenue,    Pittsburgh, PA 15226
14298326       +Doman Auto & Marine Sales, Inc.,    1308 Edgebrook Avenue,    Pittsburgh, PA 15226-1408
14298329       +Fed Loan Serv,    Po Box 60610,    Harrisburg, PA 17106-0610
14313384      ++JC CHRISTENSEN & ASSOC,    PO BOX 519,    SAUK RAPIDS MN 56379-0519
               (address filed with court:  JC Christensen & Associates,    PO Box 519,    Sauk Rapids, MN 56379)
14313385       +Jordan Tax Service,    102 Rahway Rd,    Canonsburg, PA 15317-3349
14313386       +Law Offices of M.Bluhm & Assoc.,    2222 Texoma Pkwy,    Suite 160,    Sherman, TX 75090-2482
14345733        NAVIENT SOLUTIONS,INC,    P.O. BOX 9640,    WILKES-BARRE, PA 18773-9640
14310521       +Orion Portfolio Services LLC,    c/o PRA Receivables Management, LLC,    PO Box 41021,
                 Norfolk, VA 23541-1021
14313393       +PHH Mortgage Corp,    c/o Phelan Hallinan Diamond & Jones,    1617 JFK Blvd, Suite 1400,
                 One Penn Center Plaza,    Philadelphia, PA 19103-1823
14313391       +Pediatric Cardiology of Western PA,    Suite 204,    3500 Brooktree Rd,    Wexford, PA 15090-9277
14313392       +Peoples,    PO Box 644760,    Pittsburgh, PA 15264-4760
14347954       +Peoples Natural Gas Company LLC,    c/o S. James Wallace, P.C.,    845 North Lincoln Avenue,
                 Pittsburgh, PA 15233-1828
14313394       +Riverfront FCU,    1700 Jane Street,    Pittsburgh, PA 15203-1812
14313395       +Safe Auto Ins. Co.,    4 Easton Oval,    Columbus, OH 43219-6010
14313397       +State Collection Service Inc.,    2509 S Stoughton Rd,    Madison, WI 53716-3314
14298335       +Trident Asset Management,    Po Box 888424,    Atlanta, GA 30356-0424
14313400       +UPMC Health Services,    PO Box 371472,    Pittsburgh, PA 15250-7472
14313399       +Universal Fidelity LP,    PO Box 941911,    Houston, TX 77094-8911
14313402        Waste Management,    PO Box 43470,    Philadelphia, PA 19101
14313403       +West Penn Eye Associates PC,    Mellon Pavillion,    Suite M-25, 4815 Liberty Avenue,
                 Pittsburgh, PA 15224-2156

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jan 27 2017 00:59:39      Pennsylvania Dept. of Revenue,
                 Department 280946,    P.O. Box 280946,    ATTN: BANKRUPTCY DIVISION,
                 Harrisburg, PA  17128-0946
cr              E-mail/PDF: rmscedi@recoverycorp.com Jan 27 2017 00:56:08
                 Recovery Management Systems Corporation,    25 S.E. Second Avenue,    Suite 1120,
                 Miami, FL  33131-1605
14298311       +E-mail/Text: bankruptcy@cavps.com Jan 27 2017 00:59:56      Calvary Portfolio Services,
                 500 Summit Lake Ste 400,    Valhalla, NY 10595-2322
14301571       +E-mail/Text: bankruptcy@cavps.com Jan 27 2017 00:59:57      Cavalry SPV I, LLC,
                 500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-1340
14298313       +E-mail/Text: bk.notifications@jpmchase.com Jan 27 2017 00:59:32      Chase Auto Finance,
                 National Bankruptcy Dept,    201 N Central Ave Ms Az1-1191,    Phoenix, AZ 85004-1071
14313361       +E-mail/Text: compliance@chaserec.com Jan 27 2017 01:00:14      Chase Receivables,
                 1247 Broadway,    Sonoma, CA 95476-7503
14298314       +E-mail/Text: ccusa@ccuhome.com Jan 27 2017 00:59:20      Credit Coll USA,    Ccusa,
                 16 Distributor Dr Ste 1,    Morgantown, WV 26501-7209
14298316       +E-mail/Text: bankruptcy_notifications@ccsusa.com Jan 27 2017 01:00:12       Credit Collections Svc,
                 Po Box 773,    Needham, MA 02494-0918
14298321       +E-mail/Text: electronicbkydocs@nelnet.net Jan 27 2017 00:59:50      Dept Of Ed/Nelnet,
                 Attn: Claims,    Po Box 82505,    Lincoln, NE 68501-2505
14298325       +E-mail/Text: bankruptcynotices@dcicollect.com Jan 27 2017 01:00:05      Diversified Consultant,
                 Dci,    Po Box 551268,    Jacksonville, FL 32255-1268
```

```
District/off: 0315-2          User: mgut                   Page 2 of 3                    Date Rcvd: Jan 26, 2017
                              Form ID: rsc13               Total Noticed: 56


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
14313379       +E-mail/Text: DQENOTICES@BERNSTEINLAW.COM Jan 27 2017 01:00:16     Duquesne Light,
                 Payment Processing Center,    Pittsburgh, PA 15267-0001
14298327       +E-mail/Text: bankruptcies@escallate.com Jan 27 2017 00:59:20      Escallate LLC,
                 Attn:Bankruptcy,    5200 Stoneham Rd Ste 200,    North Canton, OH 44720-1584
14298330       +E-mail/Text: fnb.bk@fnfg.com Jan 27 2017 00:59:58     First Niagara Bank,    1 Hudson City Ctr,
                 Hudson, NY 12534-2355
14298331       +E-mail/PDF: pa_dc_claims@navient.com Jan 27 2017 00:56:10      Navient,   Attn: Claims Dept,
                 Po Box 9500,    Wilkes-Barr, PA 18773-9500
14313389       +E-mail/Text: csc.bankruptcy@amwater.com Jan 27 2017 01:00:13      PA American Water,
                 PO Box 578,    Alton, IL 62002-0578
14298333       +E-mail/Text: bankruptcy@loanpacific.com Jan 27 2017 01:00:15      Pacific Union Financia,
                 1603 Lbj Fwy Ste 500,    Farmers Branch, TX 75234-6071
14315493        E-mail/Text: bnc-quantum@quantum3group.com Jan 27 2017 00:59:33
                 Quantum3 Group LLC as agent for,    CF Medical LLC,    PO Box 788,   Kirkland, WA  98083-0788
14299216        E-mail/PDF: rmscedi@recoverycorp.com Jan 27 2017 00:56:08
                 Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
                 Miami, FL 33131-1605
14298334       +E-mail/Text: bankruptcy@sw-credit.com Jan 27 2017 00:59:48      Southwest Credit Systems,
                 4120 International Parkway,    Suite 1100,   Carrollton, TX 75007-1958
14319442       +E-mail/Text: electronicbkydocs@nelnet.net Jan 27 2017 00:59:50
                 U.S. Department of Education C/O Nelnet,    121 S 13TH ST, SUITE 201,    LINCOLN, NE 68508-1911
                                                                                              TOTAL: 20

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr             Duquesne Light Company
cr             Pacific Union Financial, LLC
14313378       Doman Sales
cr*           +Americredit Financial Services, Inc. dba GM Financ,    PO Box 183853,    Arlington, TX 76096-3853
14313357*     +AmeriCredit/GM Financial,    Po Box 183853,   Arlington, TX 76096-3853
14298312*     +Calvary Portfolio Services,    500 Summit Lake Ste 400,    Valhalla, NY 10595-2322
14313358*     +Calvary Portfolio Services,    500 Summit Lake Ste 400,    Valhalla, NY 10595-2322
14313359*     +Calvary Portfolio Services,    500 Summit Lake Ste 400,    Valhalla, NY 10595-2322
14313360*     +Chase Auto Finance,    National Bankruptcy Dept,    201 N Central Ave Ms Az1-1191,
                 Phoenix, AZ 85004-1071
14298315*     +Credit Coll USA,    Ccusa,    16 Distributor Dr Ste 1,    Morgantown, WV 26501-7209
14313364*     +Credit Coll USA,    Ccusa,    16 Distributor Dr Ste 1,    Morgantown, WV 26501-7209
14313365*     +Credit Coll USA,    Ccusa,    16 Distributor Dr Ste 1,    Morgantown, WV 26501-7209
14298317*     +Credit Collections Svc,    Po Box 773,    Needham, MA 02494-0918
14298318*     +Credit Collections Svc,    Po Box 773,    Needham, MA 02494-0918
14313366*     +Credit Collections Svc,    Po Box 773,    Needham, MA 02494-0918
14313367*     +Credit Collections Svc,    Po Box 773,    Needham, MA 02494-0918
14313368*     +Credit Collections Svc,    Po Box 773,    Needham, MA 02494-0918
14313369*     +Credit Management, LP,    Attn: Bankruptcy,    Po Box 118288,    Carrolton, TX 75011-8288
14313370*     +Creditech/Cbalv,    Attn:Collections,    Po Box 99,    Bangor, PA 18013-0099
14298322*     +Dept Of Ed/Nelnet,    Attn: Claims,    Po Box 82505,    Lincoln, NE 68501-2505
14298323*     +Dept Of Ed/Nelnet,    Attn: Claims,    Po Box 82505,    Lincoln, NE 68501-2505
14298324*     +Dept Of Ed/Nelnet,    Attn: Claims,    Po Box 82505,    Lincoln, NE 68501-2505
14313371*     +Dept Of Ed/Nelnet,    Attn: Claims,    Po Box 82505,    Lincoln, NE 68501-2505
14313372*     +Dept Of Ed/Nelnet,    Attn: Claims,    Po Box 82505,    Lincoln, NE 68501-2505
14313373*     +Dept Of Ed/Nelnet,    Attn: Claims,    Po Box 82505,    Lincoln, NE 68501-2505
14313374*     +Dept Of Ed/Nelnet,    Attn: Claims,    Po Box 82505,    Lincoln, NE 68501-2505
14313376*     +Diversified Consultant,    Dci,    Po Box 551268,    Jacksonville, FL 32255-1268
14298328*     +Escallate LLC,    Attn:Bankruptcy,    5200 Stoneham Rd Ste 200,    North Canton, OH 44720-1584
14313380*     +Escallate LLC,    Attn:Bankruptcy,    5200 Stoneham Rd Ste 200,    North Canton, OH 44720-1584
14313381*     +Escallate LLC,    Attn:Bankruptcy,    5200 Stoneham Rd Ste 200,    North Canton, OH 44720-1584
14313382*     +Fed Loan Serv,    Po Box 60610,    Harrisburg, PA 17106-0610
14313383*     +First Niagara Bank,    1 Hudson City Ctr,    Hudson, NY 12534-2355
14298332*     +Navient,    Attn: Claims Dept,    Po Box 9500,    Wilkes-Barr, PA 18773-9500
14313387*     +Navient,    Attn: Claims Dept,    Po Box 9500,    Wilkes-Barr, PA 18773-9500
14313388*     +Navient,    Attn: Claims Dept,    Po Box 9500,    Wilkes-Barr, PA 18773-9500
14313390*     +Pacific Union Financia,    1603 Lbj Fwy Ste 500,    Farmers Branch, TX 75234-6071
14313396*     +Southwest Credit Systems,    4120 International Parkway,    Suite 1100,
                 Carrollton, TX 75007-1958
14313398*     +Trident Asset Management,    Po Box 888424,    Atlanta, GA 30356-0424
14313401*     +UPMC Health Services,    PO Box 371472,    Pittsburgh, PA 15250-7472
                                                                                           TOTALS: 3, * 36, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

```
District/off: 0315-2          User: mgut                 Page 3 of 3                  Date Rcvd: Jan 26, 2017
                              Form ID: rsc13             Total Noticed: 56
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 28, 2017                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 26, 2017 at the address(es) listed below:
              James Warmbrodt    on behalf of Creditor    Pacific Union Financial, LLC bkgroup@kmllawgroup.com
              Jeffrey R. Hunt    on behalf of Creditor    Borough of Ingram jhunt@grblaw.com, cnoroski@grblaw.com
              Joshua I. Goldman    on behalf of Creditor    Pacific Union Financial, LLC bkgroup@kmllawgroup.com
              Matthew A. Bole    on behalf of Joint Debtor Shawnie  Miller mbole@wgsf-law.com,
               nreyes@wgsf-law.com
              Matthew A. Bole    on behalf of Debtor Daren A. Miller mbole@wgsf-law.com, nreyes@wgsf-law.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
               ckutch@ecf.courtdrive.com;pashcroft@ecf.courtdrive.com;pghecf@bernsteinlaw.com;cabbott@ecf.courtd
               rive.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com,
               Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
                                                                                             TOTAL: 9
```