FILED
3/3/17 1:58 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

MINUTES OF CHAPTER 13 § 341 (a) MEETING OF CREDITORS
AND SETTLEMENT CONFERENCE ON PLAN CONFIRMATIONS

Case Name: __Miller__                                            (JAD)/TPA/CMB/GLT
Date of Meeting: __2/2/17__
Case Number: __16-23678__    Recording # __9__
Debtor(s) present __✓__ or Not Present ___ ( __No Payments Made or __✓__ partial payments )
Attorney for debtor(s) __Bole__                    (Present __✓__ or Not Present ___)
Date of Plan at § 341: __10/28/16__    Applicable commitment period __3 yrs__ / __5 yrs__

DSO forms provided to atty — Need returned.

DSO obligation may change — one child. Debtor seeks custody. Status at concil?
Hrg 6/7/17

____ Meeting HELD and CONCLUDED
____ Meeting HELD but CONTINUED (not closed)
____ Meeting NOT HELD
                              ____ Order to Show Cause Requested
                              ____ To be rescheduled by Clerk

____ Confirmation Order recommended ____ Final ____ Interim
____ Amended Plan due: _____ ; Objections due: _____

____ Trustee recommends dismissal of the case (Debtor consents)
____ Trustee recommends dismissal of the case (Debtor does not consent)*
____ Trustee recommends dismissal of the case (Debtor has no defense)
____ Debtor requests dismissal of the case. Motion to be filed by the Debtor within 10 days
_✓_ Continued to:
____ 341 Meeting OR ____ Conciliation Conf. OR ____ *Contested Hearing
On __5/4/17__ at __2:30__ am/pm Location _____

Continued for proof of payment

Also need 2015 & 2016 tax returns

_____
Chapter 13 Trustee/Attorney for Trustee