# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF WESTERN PENNSYLVANIA
### CONCILIATION CONFERENCE MINUTES

**Conciliation Conference:**

|  |  |
|---|---|
| Debtor: | DAREN A. & SHAWNIE MILLER |
| Case Number: | 16-23678-JAD   Chapter: 13 |
| Date / Time / Room: | THURSDAY, SEPTEMBER 07, 2017 03:00 PM   3251 US STEEL |
| Hearing Officer: | CHAPTER 13 TRUSTEE |

FILED
9/8/17 4:10 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**Matter:**

#18 - Final Confirmation of Plan Dated 10/28/2016 (NFC)
R / M #: 18 / 0

**Appearances:**

Debtor: _Bole w/ Debtor_

Trustee: Winnecour / Bedford / Pail / (Katz)

Creditor:

**Proceedings:**

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. __✓__ Plan/Motion continued to __12/7/17__ at __10:30 AM__
8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
   Objections are due on or before _____.
   A hearing on the Amended Plan is set for _____ at _____.
9. _____ Contested Hearing: _____ at _____.
10. _____ Other:

_Debtor's wife was ill, Debtor wife back to work wages attached._

_$4810 in arrears._

_Asked that wage attachments be reversed to 1685 pending further action at con 4 cancel conference._

8/31/2017   2:13:55PM