# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF WESTERN PENNSYLVANIA

# Proceeding Memo

## *Conciliation Conference:*

| | |
|---|---|
| **Debtor:** | DAREN A. & SHAWNIE MILLER |
| **Case Number:** | 16-23678-JAD    **Chapter:** 13 |
| **Date / Time / Room:** | WEDNESDAY, APRIL 04, 2018 09:30 AM   COURTROOM D |
| **Bankruptcy Judge:** | JEFFERY A. DELLER |
| **Courtroom Clerk:** | JEFF FURIS |
| **Reporter / ECR:** | N/A |

## *Matter:*

Motion for Relief From The Automatic Stay filed by Pacific Union Financial, LLC, its successors and/or assigns - Response Filed Debtor on 3/21/2018 at Doc. # 56

R / M #:  53 / 0

## *Appearances:*

TRUSTEE: WINNECOUR / KATZ / PAIL
DEBTOR(S): Matthew A. Bole, Esq.
CREDITOR: James C. Warmbrodt, Esq.

## *Proceedings:*

✓ Motion is **GRANTED** / DENIED
___ Special Type Of Order:
___ CONTINUE MATTER:
    ___ For At Least _____ Days (Court To Issue Scheduling Order)
    ___ To Hearing Date Of _____ at _____ AM/PM at

    ___ To Conciliation Conference For _____ at
         _____ AM/PM at _____
___ ISSUE EVIDENTIARY HEARING NOTICE
    ___ Evidentiary Hearing On Value And Cram-Down Interest
    ___ Complex / Pretrial Order - NONJURY  /  JURY
    ___ Simple / Pretrial Order - NONJURY  /  JURY
    ___ Parties To Undertake Discovery - Discovery Period: _____ days
___ SETTLEMENT STIPULATION IS DUE _____
___ OTHER:

FILED
4/4/18 11:49 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

JEFFERY A. DELLER
Chief U.S. Bankruptcy Judge