**Form 309**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| **Daren A. Miller** | : | Case No. 16−23678−JAD |
| **Shawnie Miller** | : | Chapter: 13 |
| *Debtor(s)* | : | |
| | : | |
| | : | Related to Dkt. No. 63 |
| | : | |

## ORDER DISMISSING CASE WITHOUT PREJUDICE AND TERMINATING WAGE ATTACHMENT

     *AND NOW,* this ***The 25th of July, 2018,*** after notice and hearing and the Debtor(s) having failed to comply with the requirements of the *Bankruptcy Code*, the *Local Rules* of this Court and/or an Order of Court, it is hereby ***ORDERED, ADJUDGED and DECREED*** as follows:

     (1)  The above−captioned case is ***DISMISSED, without prejudice***. The Debtor(s) remain legally liable for all his/her/their debts as if the bankruptcy petition had not been filed. Creditor collection remedies are reinstated pursuant to *11 U.S.C. §349*. Creditors are directed to *11 U.S.C. §108(c)* for time limits on filing a lawsuit to collect. ***Generally, a creditor's lawsuit must be filed either before the time deadline imposed by state law for filing runs, or (30) thirty days after date of this Order, whichever is later.***

     (2)  Each income attachment issued in this case is now terminated. So that each employer and entity subject to an attachment Order knows to stop the attachment, the Debtor(s) shall immediately serve a copy of this order on each such employer and entity.

     (3)  The Court retains jurisdiction over the Trustee's Report of Receipts and Disbursements and Final Report and Account. Upon submission of the UST Form 13−FR−S: Chapter 13 Standing Trustee's Final Report and Account, the Trustee is discharged from her duties in this case and this case will be closed without further order of Court.

     (4)  The Clerk shall give notice to all creditors of this dismissal.

                                                          Jeffery A. Deller
                                                          United States Bankruptcy Judge

Case Administrators to serve:
All Creditors and All Parties In Interest

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                Case No. 16-23678-JAD
Daren A. Miller                                                       Chapter 13
Shawnie Miller
       Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2            User: jhel              Page 1 of 3              Date Rcvd: Jul 25, 2018
                                Form ID: 309            Total Noticed: 61

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 27, 2018.
```
db/jdb         +Daren A. Miller,    Shawnie Miller,    66 Mainsgate Street,     Pittsburgh, PA 15205-2255
cr             +Borough of Ingram,    437 Grant Street,    14th Floor,    Frick Building,
                 Pittsburgh, PA 15219-6101
cr             +Peoples Natural Gas Company LLC,     Attention: Barbara Rodgers,     375 North Shore Drive,
                 Pittsburgh, PA 15212-5866
14315345      ++AMERICREDIT FINANCIAL SERVICS DBA GM FINANCIAL,     PO BOX 183853,    ARLINGTON TX 76096-3853
               (address filed with court: Americredit Financial Services dba GM Financial,      PO Box 183853,
                 Arlington TX 76096)
14313354       +Allegeheny Health Network,    PO Box 3475,    Toledo, OH 43607-0475
14313355       +Allegheny Clinic,    4 Allegheny Center,    10th Floor,    Pittsburgh, PA 15212-5255
14313356       +Allegheny General WPH Pain,    PO Box 951915,    Cleveland, OH 44193-0021
14307527       +AmeriCredit Financial Services, Inc. dba GM Financ,     P O Box 183853,
                 Arlington, TX 76096-3853
14334301       +Borough of Ingram,    c/o Jeffrey R. Hunt, Esquire,    Goehring, Rutter & Boehm,
                 437 Grant Street, 14th Floor,    Frick Building,    Pittsburgh, PA 15219-6101
14351952      ++COLUMBIA GAS,    290 W NATIONWIDE BLVD 5TH FL,    BANKRUPTCY DEPARTMENT,    COLUMBUS OH 43215-4157
               (address filed with court: Columbia Gas of PA,     PO Box 117,    Columbus, OH 43216)
14313362       +Citizens Bank,    PO Box 42023,   Providence, RI 02940-2023
14313363       +Convergent,    PO Box 9800,   Pompano Beach, FL 33075-0800
14298320       +Creditech/Cbalv,    Attn:Collections,    Po Box 99,    Bangor, PA 18013-0099
14313375       +Dept of Labor & Industry,    UI Payment Services,    PO Box 67503,    Harrisburg, PA 17106-7503
14370425        Directv, LLC,    by American InfoSource LP as agent,     PO Box 5008,
                 Carol Stream, IL  60197-5008
14313377        Doman Auto,    1309 Edgebrook Avenue,    Pittsburgh, PA 15226
14298326       +Doman Auto & Marine Sales, Inc.,    1308 Edgebrook Avenue,     Pittsburgh, PA 15226-1408
14298329       +Fed Loan Serv,    Po Box 60610,   Harrisburg, PA 17106-0610
14313384      ++JC CHRISTENSEN & ASSOC,    PO BOX 519,    SAUK RAPIDS MN 56379-0519
               (address filed with court: JC Christensen & Associates,      PO Box 519,   Sauk Rapids, MN 56379)
14313385       +Jordan Tax Service,    102 Rahway Rd,    Canonsburg, PA 15317-3349
14313393       +PHH Mortgage Corp,    c/o Phelan Hallinan Diamond & Jones,     1617 JFK Blvd, Suite 1400,
                 One Penn Center Plaza,    Philadelphia, PA 19103-1823
14313391       +Pediatric Cardiology of Western PA,    Suite 204,    3500 Brooktree Rd,    Wexford, PA 15090-9277
14313392       +Peoples,    PO Box 644760,   Pittsburgh, PA 15264-4760
14347954       +Peoples Natural Gas Company LLC,    c/o S. James Wallace, P.C.,     845 North Lincoln Avenue,
                 Pittsburgh, PA 15233-1828
14313394       +Riverfront FCU,    1700 Jane Street,    Pittsburgh, PA 15203-1812
14313395       +Safe Auto Ins. Co.,    4 Easton Oval,    Columbus, OH 43219-6010
14313397       +State Collection Service Inc.,    2509 S Stoughton Rd,    Madison, WI 53716-3314
14298335       +Trident Asset Management,    Po Box 888424,    Atlanta, GA 30356-0424
14373028        U.S. Department of Education,    c/o Fedloan Servicing,    P.O. Box 69184,
                 Harrisburg, PA 17106-9184
14313400       +UPMC Health Services,    PO Box 371472,    Pittsburgh, PA 15250-7472
14313399      #+Universal Fidelity LP,    PO Box 941911,    Houston, TX 77094-8911
14313402        Waste Management,    PO Box 43470,    Philadelphia, PA 19101
14313403       +West Penn Eye Associates PC,    Mellon Pavillion,    Suite M-25, 4815 Liberty Avenue,
                 Pittsburgh, PA 15224-2156
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr             +EDI: AISACG.COM Jul 26 2018 05:58:00      Capital One Auto Finance, a division of Capital On,
                 c/o Ascension Capital Group,    P.O. Box 165028,    Irving, TX  75016,
                 UNITED STATES 75016-5028
cr              EDI: RECOVERYCORP.COM Jul 26 2018 05:58:00      Recovery Management Systems Corporation,
                 25 S.E. Second Avenue,    Suite 1120,   Miami, FL  33131-1605
14298310       +EDI: PHINAMERI.COM Jul 26 2018 05:58:00      AmeriCredit/GM Financial,     Po Box 183853,
                 Arlington, TX 76096-3853
14298311       +E-mail/Text: bankruptcy@cavps.com Jul 26 2018 02:05:19       Calvary Portfolio Services,
                 500 Summit Lake Ste 400,    Valhalla, NY 10595-2322
14301571       +E-mail/Text: bankruptcy@cavps.com Jul 26 2018 02:05:19       Cavalry SPV I, LLC,
                 500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2321
14298313       +EDI: CAUT.COM Jul 26 2018 05:58:00      Chase Auto Finance,    National Bankruptcy Dept,
                 201 N Central Ave Ms Az1-1191,    Phoenix, AZ 85004-1071
14313361       +E-mail/Text: compliance@chaserec.com Jul 26 2018 02:05:48       Chase Receivables,
                 1247 Broadway,    Sonoma, CA 95476-7503
14298314       +EDI: CCUSA.COM Jul 26 2018 05:48:00      Credit Coll USA,    Ccusa,   16 Distributor Dr Ste 1,
                 Morgantown, WV 26501-7209
14298316       +EDI: CCS.COM Jul 26 2018 05:58:00      Credit Collections Svc,    Po Box 773,
                 Needham, MA 02494-0918
14298319       +EDI: CMIGROUP.COM Jul 26 2018 05:48:00      Credit Management, LP,    Attn: Bankruptcy,
                 Po Box 118288,    Carrolton, TX 75011-8288
14298321       +E-mail/Text: electronicbkydocs@nelnet.net Jul 26 2018 02:05:09       Dept Of Ed/Nelnet,
                 Attn: Claims,    Po Box 82505,   Lincoln, NE 68501-2505
14298325       +EDI: DCI.COM Jul 26 2018 05:58:00      Diversified Consultant,    Dci,    Po Box 551268,
                 Jacksonville, FL 32255-1268
```

```
District/off: 0315-2          User: jhel                  Page 2 of 3                   Date Rcvd: Jul 25, 2018
                              Form ID: 309                Total Noticed: 61

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
14313379       +E-mail/Text: kburkley@bernsteinlaw.com Jul 26 2018 02:05:38      Duquesne Light,
                 Payment Processing Center,    Pittsburgh, PA 15267-0001
14376575       +E-mail/Text: kburkley@bernsteinlaw.com Jul 26 2018 02:05:38      Duquesne Light Company,
                 c/o Peter J. Ashcroft,,    Bernstein-Burkley, P.C.,,    707 Grant St., Suite 2200, Gulf Tower,,
                 Pittsburgh, PA 15219-1945
14298327       +EDI: ESCALLATE.COM Jul 26 2018 05:53:00      Escallate LLC,   Attn:Bankruptcy,
                 5200 Stoneham Rd Ste 200,    North Canton, OH 44720-1584
14298330       +E-mail/Text: fnb.bk@fnfg.com Jul 26 2018 02:05:20      First Niagara Bank,   1 Hudson City Ctr,
                 Hudson, NY 12534-2355
14313386       +EDI: CAPIO.COM Jul 26 2018 05:58:00      Law Offices of M.Bluhm & Assoc.,    2222 Texoma Pkwy,
                 Suite 160,    Sherman, TX 75090-2482
14345733        EDI: NAVIENTFKASMSERV.COM Jul 26 2018 05:58:00      NAVIENT SOLUTIONS,INC,   P.O. BOX 9640,
                 WILKES-BARRE, PA   18773-9640
14298331       +EDI: NAVIENTFKASMSERV.COM Jul 26 2018 05:58:00      Navient,   Attn: Claims Dept,  Po Box 9500,
                 Wilkes-Barr, PA 18773-9500
14310521       +EDI: PRA.COM Jul 26 2018 05:58:00      Orion Portfolio Services LLC,
                 c/o PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
14313389       +E-mail/Text: csc.bankruptcy@amwater.com Jul 26 2018 02:05:47      PA American Water,
                 PO Box 578,    Alton, IL 62002-0578
14376712        EDI: PRA.COM Jul 26 2018 05:58:00      Portfolio Recovery Associates, LLC,   POB 12914,
                 Norfolk VA 23541
14298333       +E-mail/Text: bankruptcy@loanpacific.com Jul 26 2018 02:05:48      Pacific Union Financia,
                 1603 Lbj Fwy Ste 500,    Farmers Branch, TX 75234-6071
14373037       +E-mail/Text: bankruptcy@loanpacific.com Jul 26 2018 02:05:48      Pacific Union Financial, LLC,
                 1603 LBJ Freeway, Ste 500,    Farmers Branch, TX 75234-6071
14315493        EDI: Q3G.COM Jul 26 2018 05:58:00      Quantum3 Group LLC as agent for,    CF Medical LLC,
                 PO Box 788,    Kirkland, WA 98083-0788
14299216        EDI: RECOVERYCORP.COM Jul 26 2018 05:58:00      Recovery Management Systems Corporation,
                 25 S.E. 2nd Avenue, Suite 1120,    Miami, FL 33131-1605
14298334       +EDI: SWCR.COM Jul 26 2018 05:58:00      Southwest Credit Systems,   4120 International Parkway,
                 Suite 1100,    Carrollton, TX 75007-1958
14319442       +E-mail/Text: electronicbkydocs@nelnet.net Jul 26 2018 02:05:09
                 U.S. Department of Education C/O Nelnet,    121 S 13TH ST, SUITE 201,    LINCOLN, NE 68508-1911
                                                                                             TOTAL: 28

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Duquesne Light Company
cr              Pacific Union Financial, LLC
14313378        Doman Sales
cr*            +Americredit Financial Services, Inc. dba GM Financ,   PO Box 183853,   Arlington, TX 76096-3853
14313357*      +AmeriCredit/GM Financial,    Po Box 183853,   Arlington, TX 76096-3853
14298312*      +Calvary Portfolio Services,   500 Summit Lake Ste 400,    Valhalla, NY 10595-2322
14313358*      +Calvary Portfolio Services,   500 Summit Lake Ste 400,    Valhalla, NY 10595-2322
14313359*      +Calvary Portfolio Services,   500 Summit Lake Ste 400,    Valhalla, NY 10595-2322
14313360*      +Chase Auto Finance,   National Bankruptcy Dept,   201 N Central Ave Ms Az1-1191,
                 Phoenix, AZ 85004-1071
14298315*      +Credit Coll USA,   Ccusa,   16 Distributor Dr Ste 1,   Morgantown, WV 26501-7209
14313364*      +Credit Coll USA,   Ccusa,   16 Distributor Dr Ste 1,   Morgantown, WV 26501-7209
14313365*      +Credit Coll USA,   Ccusa,   16 Distributor Dr Ste 1,   Morgantown, WV 26501-7209
14298317*      +Credit Collections Svc,    Po Box 773,   Needham, MA 02494-0918
14298318*      +Credit Collections Svc,    Po Box 773,   Needham, MA 02494-0918
14313366*      +Credit Collections Svc,    Po Box 773,   Needham, MA 02494-0918
14313367*      +Credit Collections Svc,    Po Box 773,   Needham, MA 02494-0918
14313368*      +Credit Collections Svc,    Po Box 773,   Needham, MA 02494-0918
14313369*      +Credit Management, LP,   Attn: Bankruptcy,    Po Box 118288,   Carrolton, TX 75011-8288
14313370*      +Creditech/Cbalv,   Attn:Collections,    Po Box 99,   Bangor, PA 18013-0099
14298322*      +Dept Of Ed/Nelnet,    Attn: Claims,   Po Box 82505,   Lincoln, NE 68501-2505
14298323*      +Dept Of Ed/Nelnet,    Attn: Claims,   Po Box 82505,   Lincoln, NE 68501-2505
14298324*      +Dept Of Ed/Nelnet,    Attn: Claims,   Po Box 82505,   Lincoln, NE 68501-2505
14313371*      +Dept Of Ed/Nelnet,    Attn: Claims,   Po Box 82505,   Lincoln, NE 68501-2505
14313372*      +Dept Of Ed/Nelnet,    Attn: Claims,   Po Box 82505,   Lincoln, NE 68501-2505
14313373*      +Dept Of Ed/Nelnet,    Attn: Claims,   Po Box 82505,   Lincoln, NE 68501-2505
14313374*      +Dept Of Ed/Nelnet,    Attn: Claims,   Po Box 82505,   Lincoln, NE 68501-2505
14313376*      +Diversified Consultant,   Dci,   Po Box 551268,   Jacksonville, FL 32255-1268
14298328*      +Escallate LLC,   Attn:Bankruptcy,    5200 Stoneham Rd Ste 200,   North Canton, OH 44720-1584
14313380*      +Escallate LLC,   Attn:Bankruptcy,    5200 Stoneham Rd Ste 200,   North Canton, OH 44720-1584
14313381*      +Escallate LLC,   Attn:Bankruptcy,    5200 Stoneham Rd Ste 200,   North Canton, OH 44720-1584
14313382*      +Fed Loan Serv,   Po Box 60610,   Harrisburg, PA 17106-0610
14313383*      +First Niagara Bank,   1 Hudson City Ctr,   Hudson, NY 12534-2355
14298332*      +Navient,   Attn: Claims Dept,   Po Box 9500,   Wilkes-Barr, PA 18773-9500
14313387*      +Navient,   Attn: Claims Dept,   Po Box 9500,   Wilkes-Barr, PA 18773-9500
14313388*      +Navient,   Attn: Claims Dept,   Po Box 9500,   Wilkes-Barr, PA 18773-9500
14313390*      +Pacific Union Financia,    1603 Lbj Fwy Ste 500,   Farmers Branch, TX 75234-6071
14313396*      +Southwest Credit Systems,   4120 International Parkway,    Suite 1100,
                 Carrollton, TX 75007-1958
14313398*      +Trident Asset Management,   Po Box 888424,   Atlanta, GA 30356-0424
14313401*      +UPMC Health Services,   PO Box 371472,   Pittsburgh, PA 15250-7472
                                                                                   TOTALS: 3, * 36, ## 0
```

```
District/off: 0315-2           User: jhel                Page 3 of 3                   Date Rcvd: Jul 25, 2018
                               Form ID: 309              Total Noticed: 61
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 27, 2018                                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 25, 2018 at the address(es) listed below:
```
              James  Warmbrodt    on behalf of Creditor    Pacific Union Financial, LLC bkgroup@kmllawgroup.com
              Jeffrey R. Hunt    on behalf of Creditor    Borough of Ingram jhunt@grblaw.com, cnoroski@grblaw.com
              Joshua I. Goldman    on behalf of Creditor    Pacific Union Financial, LLC bkgroup@kmllawgroup.com
              Matthew A. Bole    on behalf of Debtor Daren A. Miller mbole@wgsf-law.com, nreyes@wgsf-law.com
              Matthew A. Bole    on behalf of Joint Debtor Shawnie  Miller mbole@wgsf-law.com,
               nreyes@wgsf-law.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
               ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com,
               Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
                                                                                             TOTAL: 9
```