**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

DAREN A. MILLER
SHAWNIE MILLER
    Debtor(s)

Case No.:16-23678 JAD

Ronda J. Winnecour
    Movant
  vs.
No Respondents.

Document No.:

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

    1. The case was filed on 09/30/2016 and confirmed on 05/05/2017. The case was subsequently (B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

    2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 4,570.00 |
| Less Refunds to Debtor | 0.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 4,570.00 |
| Administrative Fees | | |
|   Filing Fee | 0.00 | |
|   Notice Fee | 0.00 | |
|   Attorney Fee | 728.25 | |
|   Trustee Fee | 204.65 | |
|   Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 932.90 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
| PACIFIC UNION FINANCIAL LLC<br>  Acct: 6422 | 2,875.67 | 2,875.67 | 0.00 | 2,875.67 |
| PACIFIC UNION FINANCIAL LLC<br>  Acct: 6422 | 0.00 | 0.00 | 0.00 | 0.00 |
| JORDAN TAX SERVICE INC**<br>  Acct: 1642 | 0.00 | 0.00 | 0.00 | 0.00 |
| INGRAM BOROUGH (SWG)<br>  Acct: E354 | 0.00 | 0.00 | 0.00 | 0.00 |
| INGRAM BOROUGH (SWG)<br>  Acct: E354 | 0.00 | 0.00 | 0.00 | 0.00 |
| DOMAN AUTO & MARINE SALES INC<br>  Acct: 6019 | 6,752.47 | 289.30 | 472.13 | 761.43 |
| | | | | 3,637.10 |
| **Priority** | | | | |
| MATTHEW A BOLE ESQ<br>  Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| DAREN A. MILLER<br>  Acct: | 0.00 | 0.00 | 0.00 | 0.00 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Priority** | | | | |
|   MATTHEW A BOLE ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   WELCH GOLD & SIEGEL PC | 3,000.00 | 728.25 | 0.00 | 0.00 |
|     Acct: | | | | |
|   DOMESTIC RELATIONS OBLIGATION | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   JESSICA MAUDER | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
| | ***NONE*** | | | |
| **Unsecured** | | | | |
|   DUQUESNE LIGHT COMPANY* | 4,165.80 | 0.00 | 0.00 | 0.00 |
|     Acct: 8810 | | | | |
|   ALLEGHENY HEALTH NETWORK++ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   ALLEGHENY CLINIC++ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 2734 | | | | |
|   QUANTUM3 GROUP LLC AGNT - CF MEDIC. | 237.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 0288 | | | | |
|   AMERICREDIT FINANCIAL SVCS INC DBA C | 9,797.98 | 0.00 | 0.00 | 0.00 |
|     Acct: 1603 | | | | |
|   CAVALRY SPV I LLC ASSIGNEE OF SPRIN | 4,228.08 | 0.00 | 0.00 | 0.00 |
|     Acct: 1187 | | | | |
|   CAVALRY SPV I LLC ASSIGNEE OF SPRIN | 964.63 | 0.00 | 0.00 | 0.00 |
|     Acct: 7283 | | | | |
|   CHASE AUTO FINANCE** | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 5958 | | | | |
|   CITIZENS BANK NA(*) | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   CREDIT COLLECTIONS USA | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 4001 | | | | |
|   CREDIT COLLECTIONS USA | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 6701 | | | | |
|   CREDIT COLLECTION SERVICE | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 0205 | | | | |
|   CREDIT COLLECTION SERVICE | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 1771 | | | | |
|   CREDIT MANAGEMENT LP | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 7104 | | | | |
|   CREDITECH | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 2263 | | | | |
|   US DEPARTMENT OF EDUCATION | 8,114.97 | 0.00 | 0.00 | 0.00 |
|     Acct: 8810 | | | | |
|   US DEPARTMENT OF EDUCATION - NELNE | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 3012 | | | | |
|   US DEPARTMENT OF EDUCATION - NELNE | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 3712 | | | | |
|   US DEPARTMENT OF EDUCATION - NELNE | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 3112 | | | | |
|   PA DEPARTMENT OF LABOR & INDUSTRY | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 8810 | | | | |
|   AMERICAN INFOSOURCE LP - AGENT DIRE | 1,090.29 | 0.00 | 0.00 | 0.00 |
|     Acct: 0808 | | | | |
|   DOMAN AUTO SALES | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 6019 | | | | |
|   DUQUESNE LIGHT COMPANY* | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 7000 | | | | |
|   ESCALLATE LLC | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 3091 | | | | |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Unsecured | | | | |
|   ESCALLATE LLC | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 3092 | | | | |
|   US DEPARTMENT OF EDUCATION | 135,122.06 | 0.00 | 0.00 | 0.00 |
|     Acct: 4627 | | | | |
|   FIRST NIAGARA BANK | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 1155 | | | | |
|   QUANTUM3 GROUP LLC AGNT - CF MEDIC. | 6,610.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 0005 | | | | |
|   NAVIENT PC TRUST | 3,694.11 | 0.00 | 0.00 | 0.00 |
|     Acct: 4627 | | | | |
|   NAVIENT PC TRUST | 2,195.17 | 0.00 | 0.00 | 0.00 |
|     Acct: 4627 | | | | |
|   PENNSYLVANIA-AMERICAN WTR CO* | 443.91 | 0.00 | 0.00 | 0.00 |
|     Acct: 1804 | | | | |
|   PEDIATRIC CARDIOLOGY OF W PA | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   PEOPLES NATURAL GAS CO LLC* | 900.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 8458 | | | | |
|   PHH MORTGAGE CORP(*) | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 0775 | | | | |
|   RIVERSET CREDIT UNION | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   SAFE AUTO | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   SOUTHWEST CREDIT SYSTEMS* | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 1685 | | | | |
|   ORION PORTFOLIO SERVICES LLC | 230.30 | 0.00 | 0.00 | 0.00 |
|     Acct: 0001 | | | | |
|   UPMC HEALTH SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   UPMC HEALTH SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   WASTE MANAGEMENT* (PMT) | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 0681 | | | | |
|   WEST PENN EYE ASSOCIATION | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 6069 | | | | |
|   CREDIT COLLECTION SERVICE | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 2385 | | | | |
|   QUANTUM3 GROUP LLC AGNT - CF MEDIC. | 695.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 0003 | | | | |
|   QUANTUM3 GROUP LLC AGNT - CF MEDIC. | 495.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 0002 | | | | |
|   QUANTUM3 GROUP LLC AGNT - CF MEDIC. | 50.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 0253 | | | | |
|   COLUMBIA GAS OF PA INC(*) | 314.31 | 0.00 | 0.00 | 0.00 |
|     Acct: 8810 | | | | |
|   PORTFOLIO RECOVERY ASSOCIATES, LLC | 284.99 | 0.00 | 0.00 | 0.00 |
|     Acct: 1840 | | | | |
|   ORION++ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   PEOPLES NATURAL GAS CO LLC* | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   JOSHUA I GOLDMAN ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   AMERICREDIT FINANCIAL SVCS DBA GM F | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   CHASE RECEIVABLES | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   CONVERGENT | 0.00 | 0.00 | 0.00 | 0.00 |

| 16-23678 JAD | **TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS** | | | | Page 4 of 4 |
|---|---|---|---|---|---|
| Creditor Type | Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
| Unsecured | | | | | |
| | Acct: | | | | |
| | J C CHRISTENSEN & ASSOCIATES | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 4215 | | | | |
| | STATE COLLECTION SERVICE INC | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | UNIVERSITY FIDELITY GROUP | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | ROBERT EMBLETON | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | AIS PORTFOLIO SERVICES** | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |

***N O N E***

| TOTAL PAID TO CREDITORS | | 3,637.10 |
|---|---|---|
| TOTAL CLAIMED | | |
| PRIORITY | 0.00 | |
| SECURED | 9,628.14 | |
| UNSECURED | 179.633.60 | |

Date: 09/05/2018

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com