# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF PENNSYLVANIA
# PITTSBURGH DIVISION

| | |
|---|---|
| In re:<br>　　DAREN A. MILLER<br>　　SHAWNIE MILLER<br>　　　　Debtor(s) | Case No. 16-23678JAD |

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

　　Ronda J. Winnecour, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

　　1)　The case was filed on 09/30/2016.

　　2)　The plan was confirmed on 05/05/2017.

　　3)　The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1328 on  NA .

　　4)　The trustee filed action to remedy default by the debtor in performance under the plan on 05/16/2018, 07/25/2018.

　　5)　The case was dismissed on 07/25/2018.

　　6)　Number of months from filing to last payment: 0.

　　7)　Number of months case was pending: 23.

　　8)　Total value of assets abandoned by court order:  NA .

　　9)　Total value of assets exempted: $90,800.00.

　　10) Amount of unsecured claims discharged without payment: $0.00.

　　11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

**Receipts:**

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $4,570.00 |
| Less amount refunded to debtor | $0.00 |

**NET RECEIPTS:** $4,570.00

**Expenses of Administration:**

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $728.25 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $204.65 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** $932.90

Attorney fees paid and disclosed by debtor:    $1,000.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| ALLEGHENY CLINIC++ | Unsecured | 1,885.00 | NA | NA | 0.00 | 0.00 |
| ALLEGHENY HEALTH NETWORK++ | Unsecured | 1,500.00 | NA | NA | 0.00 | 0.00 |
| AMERICAN INFOSOURCE LP - AGENT | Unsecured | 1,090.00 | 1,090.29 | 1,090.29 | 0.00 | 0.00 |
| AMERICREDIT FINANCIAL SVCS INC | Unsecured | 9,998.48 | 9,797.98 | 9,797.98 | 0.00 | 0.00 |
| CAVALRY SPV I LLC ASSIGNEE OF S | Unsecured | 4,228.00 | 4,228.08 | 4,228.08 | 0.00 | 0.00 |
| CAVALRY SPV I LLC ASSIGNEE OF S | Unsecured | 965.00 | 964.63 | 964.63 | 0.00 | 0.00 |
| CHASE AUTO FINANCE** | Unsecured | 8,467.00 | NA | NA | 0.00 | 0.00 |
| CITIZENS BANK NA(*) | Unsecured | 153.19 | NA | NA | 0.00 | 0.00 |
| COLUMBIA GAS OF PA INC(*) | Unsecured | NA | 314.31 | 314.31 | 0.00 | 0.00 |
| CREDIT COLLECTION SERVICE | Unsecured | 84.00 | NA | NA | 0.00 | 0.00 |
| CREDIT COLLECTION SERVICE | Unsecured | 819.00 | NA | NA | 0.00 | 0.00 |
| CREDIT COLLECTION SERVICE | Unsecured | 48.00 | NA | NA | 0.00 | 0.00 |
| CREDIT COLLECTIONS USA | Unsecured | 150.00 | NA | NA | 0.00 | 0.00 |
| CREDIT COLLECTIONS USA | Unsecured | 120.00 | NA | NA | 0.00 | 0.00 |
| CREDIT MANAGEMENT LP | Unsecured | 196.00 | NA | NA | 0.00 | 0.00 |
| CREDITECH | Unsecured | 622.00 | NA | NA | 0.00 | 0.00 |
| DOMAN AUTO & MARINE SALES INC | Secured | 0.00 | 6,752.47 | 6,752.47 | 289.30 | 472.13 |
| DOMAN AUTO SALES | Unsecured | 6,416.00 | NA | NA | 0.00 | 0.00 |
| DOMESTIC RELATIONS OBLIGATION | Priority | NA | NA | NA | 0.00 | 0.00 |
| DUQUESNE LIGHT COMPANY* | Unsecured | NA | 4,165.80 | 4,165.80 | 0.00 | 0.00 |
| DUQUESNE LIGHT COMPANY* | Unsecured | 3,176.90 | NA | NA | 0.00 | 0.00 |
| ESCALLATE LLC | Unsecured | 363.00 | NA | NA | 0.00 | 0.00 |
| ESCALLATE LLC | Unsecured | 357.00 | NA | NA | 0.00 | 0.00 |
| FIRST NIAGARA BANK | Unsecured | 250.00 | NA | NA | 0.00 | 0.00 |
| INGRAM BOROUGH (SWG) | Secured | 0.00 | 670.90 | 0.00 | 0.00 | 0.00 |
| INGRAM BOROUGH (SWG) | Secured | 0.00 | 401.85 | 0.00 | 0.00 | 0.00 |
| JESSICA MAUDER | Priority | 0.00 | NA | NA | 0.00 | 0.00 |
| JORDAN TAX SERVICE INC** | Secured | 607.90 | NA | NA | 0.00 | 0.00 |
| NAVIENT PC TRUST | Unsecured | 3,659.00 | 3,694.11 | 3,694.11 | 0.00 | 0.00 |
| NAVIENT PC TRUST | Unsecured | 2,174.00 | 2,195.17 | 2,195.17 | 0.00 | 0.00 |
| ORION PORTFOLIO SERVICES LLC | Unsecured | 230.00 | 230.30 | 230.30 | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| PA DEPARTMENT OF LABOR & INDU | Unsecured | 580.65 | NA | NA | 0.00 | 0.00 |
| PACIFIC UNION FINANCIAL LLC | Secured | 97,363.00 | 115,811.28 | 2,875.67 | 2,875.67 | 0.00 |
| PACIFIC UNION FINANCIAL LLC | Secured | 0.00 | 21,140.14 | 0.00 | 0.00 | 0.00 |
| PEDIATRIC CARDIOLOGY OF W PA | Unsecured | 150.00 | NA | NA | 0.00 | 0.00 |
| PENNSYLVANIA-AMERICAN WTR CO | Unsecured | 442.36 | 443.91 | 443.91 | 0.00 | 0.00 |
| PEOPLES NATURAL GAS CO LLC* | Unsecured | 841.24 | 900.00 | 900.00 | 0.00 | 0.00 |
| PHH MORTGAGE CORP(*) | Unsecured | 138,880.06 | NA | NA | 0.00 | 0.00 |
| PORTFOLIO RECOVERY ASSOCIATES | Unsecured | NA | 284.99 | 284.99 | 0.00 | 0.00 |
| QUANTUM3 GROUP LLC AGNT - CF N | Unsecured | 0.00 | 695.00 | 695.00 | 0.00 | 0.00 |
| QUANTUM3 GROUP LLC AGNT - CF N | Unsecured | 0.00 | 495.00 | 495.00 | 0.00 | 0.00 |
| QUANTUM3 GROUP LLC AGNT - CF N | Unsecured | NA | 50.00 | 50.00 | 0.00 | 0.00 |
| QUANTUM3 GROUP LLC AGNT - CF N | Unsecured | 7,800.00 | 6,610.00 | 6,610.00 | 0.00 | 0.00 |
| QUANTUM3 GROUP LLC AGNT - CF N | Unsecured | 150.00 | 237.00 | 237.00 | 0.00 | 0.00 |
| RIVERSET CREDIT UNION | Unsecured | 731.49 | NA | NA | 0.00 | 0.00 |
| SAFE AUTO | Unsecured | 55.00 | NA | NA | 0.00 | 0.00 |
| SOUTHWEST CREDIT SYSTEMS* | Unsecured | 106.00 | NA | NA | 0.00 | 0.00 |
| UPMC HEALTH SERVICES | Unsecured | 15.00 | NA | NA | 0.00 | 0.00 |
| UPMC HEALTH SERVICES | Unsecured | 15.00 | NA | NA | 0.00 | 0.00 |
| US DEPARTMENT OF EDUCATION | Unsecured | 133,382.00 | 135,122.06 | 135,122.06 | 0.00 | 0.00 |
| US DEPARTMENT OF EDUCATION | Unsecured | 3,091.00 | 8,114.97 | 8,114.97 | 0.00 | 0.00 |
| US DEPARTMENT OF EDUCATION - N | Unsecured | 1,784.00 | NA | NA | 0.00 | 0.00 |
| US DEPARTMENT OF EDUCATION - N | Unsecured | 1,750.00 | NA | NA | 0.00 | 0.00 |
| US DEPARTMENT OF EDUCATION - N | Unsecured | 1,182.00 | NA | NA | 0.00 | 0.00 |
| WASTE MANAGEMENT* (PMT) | Unsecured | 88.09 | NA | NA | 0.00 | 0.00 |
| WEST PENN EYE ASSOCIATION | Unsecured | 15.00 | NA | NA | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $2,875.67 | $2,875.67 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $6,752.47 | $289.30 | $472.13 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$9,628.14** | **$3,164.97** | **$472.13** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$0.00** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$179,633.60** | **$0.00** | **$0.00** |

**UST Form 101-13-FR-S (9/1/2009)**

| Disbursements: | |
|---|---|
| Expenses of Administration | $932.90 |
| Disbursements to Creditors | $3,637.10 |
| **TOTAL DISBURSEMENTS** : | **$4,570.00** |

    12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 09/14/2018          By: /s/ Ronda J. Winnecour
                                            Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**